IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


SPENCER MCCLOUD,                                         No. 3:18-cv-01397-JR

        Plaintiff,

    v.

APPLIED INTEGRATED                                      ORDER
TECHNOLOGIES, INC.,

        Defendant.


HERNÁNDEZ, District Judge:

Magistrate Judge Russo issued a Findings and Recommendation [29] on February 5,

2019, in which she recommends that the Court grant in part and deny in part Plaintiff's Motion

for Leave to File Amended Complaint [22]. The matter is now before the Court pursuant to 28

U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were

timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 - ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [29]. Accordingly, Plaintiff's Motion for Leave to File Amended Complaint [22] is granted as to claims four through seven and denied in all other respects. Plaintiff is allowed to file an amended complaint in accordance with this Order within 14 days of the date below.

IT IS SO ORDERED.

DATED this _____5_____ day of ____March_____, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge